THE STATE EX REL. SEALEY, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Sealey v. Indus. Comm.*
(2001), 90 Ohio St.3d 571.]

(No. 00–1084—Submitted November 14, 2000—Decided January 17, 2001.)

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

*Law Office of Thomas Tootle* and *Thomas Tootle,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Jacob Dobres,* Assistant Attorney General, for appellee.